UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   13-cv-03500-WYD-KLM

ALBERT MONTEIRO, and
FREDERICK PHILLIPS,

    Plaintiffs,

v.

TCF NATIONAL BANK;
TCF BANK COLORADO; and,
TCF FINANCIAL CORP.,

    Defendants.

---

## MINUTE ORDER

---

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

    THIS MATTER is before the Court on the plaintiffs' Unopposed Motion To Dismiss Defendant TCF Bank Colorado And TCF Financial Corp. [ECF No. 14].  After careful consideration, it is

    ORDERED that the motion [ECF No. 14] is **GRANTED** and defendants, TCF Bank Colorado and TCF Financial Corp., are **DISMISSED** from this action.

    Dated:  May 13, 2014.