IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03500-WYD-KLM,

ALBERT MONTEIRO, and
FREDERICK PHILLIPS,

    Plaintiffs,

v.

TCF NATIONAL BANK,

    Defendant.

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the parties' **Stipulated Motion for Qualified Protective Order [#37]** (the "Motion").

IT IS HEREBY **ORDERED** that the Motion [#37] is **GRANTED**. Accordingly,

IT IS FURTHER **ORDERED** that the Protective Order [#37-2] supplied by the parties is **accepted** for filing and entered as an Order of the Court, with interlineations, as of the date of this Minute Order.

Dated: February 18, 2015