IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03500-WYD-KLM,

ALBERT MONTEIRO, and
FREDERICK PHILLIPS,

    Plaintiffs,

v.

TCF NATIONAL BANK,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the parties' **Stipulated Motion to Amend the Scheduling Order to Extend the Time to Complete Discovery** [#35] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion [#35] is **GRANTED**. The discovery deadline is extended to **April 9, 2015**.

IT IS FURTHER **ORDERED** sua sponte that the dispositive motions deadline is extended to **May 11, 2015**.

IT IS FURTHER **ORDERED** sua sponte that the Final Pretrial Conference set for May 27, 2015 at 10:00 a.m. is **VACATED** and **RESET** to **August 6, 2015** at **10:00 a.m.** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

IT IS FURTHER **ORDERED** that the proposed pretrial order shall be submitted on or before **July 30, 2015**. The proposed pretrial order to be submitted to the Magistrate Judge under the ECF Procedures may be submitted in WordPerfect or pdf format and shall be emailed to the Magistrate Judge at *Mix_Chambers@cod.uscourts.gov*.

Dated: February 26, 2015